**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1550**

———————

MICHAEL J. MORRISSEY; CATHERINE M. JACKSON,

                              Petitioners - Appellants,

    versus

GREER JACKSON,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-98-87)

———————

Submitted:  October 20, 1998        Decided:  November 3, 1998

———————

Affirmed by unpublished per curiam opinion.

———————

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Michael J. Morrissey, Catherine M. Jackson, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Morrissey and Catherine M. Jackson appeal the district court's order denying relief on a petition filed on behalf of a third party under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Morrissey v. Jackson</u>, No. CA-98-87 (E.D. Va. Mar. 12, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>